IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00392-LTB-MJW

UM HOLDINGS, LLC, a Nebraska limited liability company; and
12211 WEST ALAMEDA PARKWAY, LLC, an Oregon limited liability company,

Plaintiff(s),

v.

EARNING FOR LIFE, INC., a Colorado nonprofit corporation;
MICHAEL E. PHILLIPPS, an individual; and
MARILYN A PHILLIPPS, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order Regarding Confidential Information (docket no. 14) is GRANTED finding good cause shown. The written Stipulated Protective Order Regarding Confidential Information (docket no. 14-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: August 15, 2011