IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.   11-cv-00392-LTB-MJW

UM HOLDINGS, LLC, a Nebraska limited liability company; and
12211 WEST ALAMEDA PARKWAY, LLC, an Oregon limited liability company,

Plaintiff(s),

v.

EARNING FOR LIFE, INC., a Colorado nonprofit corporation;
MICHAEL E. PHILLIPPS, an individual; and
MARILYN A. PHILLIPPS, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Joint Motion to Vacate Final Pretrial Conference
(docket no. 28) is GRANTED finding good cause shown.  The Final Pretrial Conference
set before Magistrate Judge Watanabe on May 8, 2012, at 8:30 a.m. is VACATED.  The
parties have reached a settlement but the terms of the settlement will not be completed
until June 7, 2012.

        It is FURTHER ORDERED that the parties shall file their Stipulated Motion for
Dismissal with the court on or before June 15, 2012, or show cause why this case
should not be dismissed.


Date:   May 03, 2012