**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00392-LTB-MJW

UM HOLDINGS, LLC, a Nebraska limited liability company; and
12211 WEST ALAMEDA PARKWAY, LLC, an Oregon limited liability company,

      Plaintiffs,

v.

EARNING FOR LIFE, INC., a Colorado nonprofit corporation;
MICHAEL E. PHILLIPPS, an individual; and
MARILYN A. PHILLIPPS, an individual,

      Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc 33 - filed June 22, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                           s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   June 25, 2012